RECEIVED

OCT 2 4 2005
may
ROBERT H.         LL, CLERK
WE         LOUISIANA
    A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **CHARLOTTE WILKES** | * | **CIVIL ACTION NO. 04-2252** |
| **VERSUS** | * | **JUDGE JAMES** |
| **LOWES HOME CENTERS, INC.** | * | **MAGISTRATE JUDGE HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed, and finding that same is supported by the law and the record

in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss

filed by Defendant, Lowes Home Centers, Inc. (Doc. # 5) be converted to a Motion for Summary

Judgment and the motion be **GRANTED**, and Plaintiff's claims be dismissed with prejudice.

**THUS DONE AND SIGNED** this 24 day of October, 2005, in

Monroe, Louisiana.


_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**